

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| JONATHAN C., by his parents and next friends Tammy and Fred C., *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 9:05-CV-43 |
| ALBERT HAWKINS, in his official capacity as COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, *Defendant*. | § § § § § § | |

## FINAL JUDGMENT

The Court, having considered the issues presented in this civil action and granted summary judgment in favor of the Plaintiff, hereby **ORDERS, ADJUDGES** and **DECREES** that this cause is dismissed with prejudice and judgment is entered accordingly. All pending matters not previously ruled upon are denied as **MOOT** and this matter shall be closed. This Court accordingly **FINDS** and **ORDERS** that Defendant has deprived Jonathan of his entitlement to all medically-necessary private duty nursing services without due process of law, in violation of the Medicaid Act and the Fourteenth Amendment to the United States Constitution, and enjoins Defendant from further depriving Plaintiff in violation of federal law.

SIGNED this the 5 day of **December, 2006.**

Thad Heartfield
United States District Judge